**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bob L. Hanks, ) | CV 05-2275 PHX NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Angela K. Andrews, et al., ) | |
| Defendants. ) | |

IT IS ORDERED that plaintiff's Motion for a Court Reporter (doc. #42) is denied, as there is no proceeding now set in this cause that would require a court reporter. If a future proceeding is set and if plaintiff can give reason to question the capability of the court's official court reporter, the court will reconsider a future motion to similar effect.

IT IS FURTHER ORDERED that plaintiff's Motion for Findings of Fact, Conclusions of Law, and an Appropriate Judgment Thereon Pursuant to F.R.C.P. Rule 52 (A-C) (doc. #43) is denied as unnecessary. The court will make findings of fact and conclusions of law as required by the rules of civil procedure, and no such motion is necessary. To the extent the motion is a request for ruling on the merits of the case, it is denied for failure to comply with Rule 56, Fed. R. Civ. P., and LRCiv 56.1, without prejudice to filing a proper motion under those rules.

IT IS FURTHER ORDERED that Maricopa County Defendants' Motion to Strike Plaintiff's Sur Reply (doc. #46) and the Motion to Join in Maricopa County Defendants'

1 | Motions to Strike Plaintiff's Sur Reply (doc. #51) are granted for the reason that the Local
2 | Rules of this court do not permit a sur reply.  LRCiv 7.2.  If the moving parties raise any
3 | new matters on their reply brief in support of their motion, as opposed to in reply to the
4 | response, such matters will not be considered by the court in ruling on those motions.
5 |   DATED this 26th day of October, 2005.

_____
Neil V. Wake
United States District Judge

- 2 -