1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bob L. Hanks, ) | CV 05-2275 PHX NVW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Angela K. Andrews, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the court are the Defendants' Motions to Stay Discovery (docs. #58 and 62) and Plaintiff's Motion to Compel Discovery and to Award Reasonable Costs and Expenses (doc. #63). The Defendants' motions request a stay of discovery until determination of the pending motions to dismiss. Though the time for plaintiff to respond to the motions has not expired, the court will consider the motions summarily because, in the nature of the motions, they argue for the justification for delaying discovery until determination of whether this case is properly brought in this court. Because there is serious question as to whether this action is properly brought in this court, the court will summarily grant the motions. The court contemplates ruling promptly on the pending motions to dismiss. For the same reason, Plaintiff's Motion to Compel Discovery will be denied without prejudice to refiling if the motions to dismiss are denied.

IT IS THEREFORE ORDERED that the Defendants' Motions to Stay Discovery (doc. #58 and 62) are granted.

1      IT IS FURTHER ORDERED that all discovery in this action is stayed until
2  determination of the pending motions to dismiss.
3      IT IS FURTHER ORDERED that Plaintiff's Motion to Compel Discovery and to
4  Award Reasonable Costs and Expenses (doc. #63) is denied without prejudice to refiling
5  if the motions to dismiss are denied.
6      DATED this 28th day of October, 2005.

_____
Neil V. Wake
United States District Judge